UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MELODY CALLANTINE, on behalf of herself, her minor children K.C. and L.C., and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>4E BRANDS NORTH AMERICA, LLC,<br>    Defendant. | Case No.: 3:20-cv-00801-DRL-MGG |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant, 4E BRANDS NORTH AMERICA, LLC, by and through its attorney, Scott B. Cockrum of Lewis Brisbois Bisgaard & Smith LLP, and pursuant to Federal Rule of Civil Procedure 7.1 states as follows:

1. 4E BRANDS NORTH AMERICA, LLC is owned 100% by 4E GLOBAL, SAPI de CV, headquartered in Mexico City, México.

DATED: September 23, 2020

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Scott B. Cockrum
Scott B. Cockrum (20840-45)
2211 Main Street, Suite 3-2A
Highland, IN 46322
T:219-440-0602/F: 219.440.0601
Scott.Cockrum@lewisbrisbois.com
COUNSEL FOR DEFENDANT 4E BRANDS NORTH AMERICA, LLC