UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MELODY CALLANTINE, on behalf of herself, her minor children K.C. and L.C., and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:20-cv-00801-DRL-SJF<br>) |
| 4E BRANDS NORTH AMERICA, LLC, | )<br>) |
| Defendant. | ) |

**PLAINTIFF'S RENEWED MOTION TO SEAL**

Pursuant to Local Rule 5-3, the Parties' Stipulated Protective Order (DE # 49), and the Court's August 9, 2024 Order on Plaintiff's Renewed Motion to Seal (DE # 51), the Plaintiff Melody Callantine respectfully requests that the Court maintain certain filings under seal. In support of her Motion, the plaintiff states the following:

(1) On June 14, 2024, Plaintiff filed her Reply in Support of Motion for Class Certification, together with Exhibits G, H and I. (DE # 44).

(2) On July 18, 2024, the Court approved the Parties' Stipulated Protective Order which governs the Parties' handling of Protected Materials. (DE ## 48, 49). Section II(A) of the Stipulated Protective Order sets forth the categories of information which can be designated as Confidential under the Order. (DE # 49). These categories include:

   a. Materials containing Defendant and/or Defendant's parent company 4E Global SAPI de CV's sensitive, proprietary and confidential financial and business information relating to trade secrets, operations, know-how, identification of customers, amount or source of income, profits, losses, or expenditures, business practices, business operations, business dealings, intellectual property, policies and procedures or information concerning the parties' production, marketing, sales,

1

      shipments, purchases, pricing, licensing of intellectual property, or transfers. (*Id.* at § II(A)(1)).

and

    b. Materials concerning Plaintiffs' personal health and employment information, and Plaintiffs' personal tax information. (*Id.* at § II(A)(4)).

(3) Plaintiff has designated Exhibit I to her Reply as confidential as it contains the personal health information of Plaintiff and her children K.C. and L.C. Plaintiff requests that this exhibit be maintained under seal. A proposed, redacted version of Exhibit I is attached hereto. The personal health information contained in Exhibit I is not reproduced in the Reply Brief. As to this exhibit, no redaction of the Reply Brief would be necessary.

(4) The documents contained in Exhibits G and H have been marked confidential by Defendant. Plaintiff is not personally aware of the basis for the designation, but it appears that the documents may contain "sensitive, proprietary and confidential financial and business information" as described in Section II(A)(1) of the Stipulated Protective Order.

(5) Out of deference to Defendant's designation, Plaintiff requests that these filings be maintained under seal. Redacted copies of Exhibits G and H, and a redacted Reply Brief covering the discussion of these exhibits is attached hereto.

Respectfully submitted,

PFEIFER MORGAN & STESIAK LLP

/s/ Peter D. Hamann
Douglas E. Sakaguchi (20352-71)
Ryan G. Milligan (28691-71)
Peter D. Hamann (34615-45)
PFEIFER MORGAN & STESIAK LLP
53600 N. Ironwood Road
South Bend, Indiana 46635

Tel. 574.272.2870  
Fax 574.271.4329  
DSakaguchi@pilawyers.com  
RMilligan@pilawyers.com  
PHamann@pilawyers.com